**Marnie E. BINKLEY, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.
No. 9307.**

Missouri Court of Appeals,

Springfield District.

Jan. 30, 1973.

Ted M. Henson, Jr., Poplar Bluff, for movant appellant.

John C. Danforth, Atty. Gen., Allan Seidel, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

This is an appeal from the judgment of the Circuit Court of Butler County, Missouri, denying appellant's motion to vacate his ten-year sentence for manslaughter under Rule 27.26, V.A.M.R.

The trial court ruled adversely to appellant's contentions that his guilty plea was

induced by a promise of probation from the sheriff, and, ineffective assistance of counsel.

We have reviewed and carefully examined the transcript of the evidentiary hearing conducted by the trial court, including a transcript of the record of the appellant's guilty plea, and conclude that the judgment is based on findings of fact which are not clearly erroneous; that no error of law appears; that an opinion would have no precedential value.

We affirm the judgment under Rule 84.-16, V.A.M.R.

All concur.